**Order entered June 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00244-CV

### IN THE INTEREST OF I.D. AND A.D., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 88200**

### ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. *See* TEX. R. APP. P. 28.4. Before the Court is appellant's June 7, 2021 second motion seeking a fourteen-day extension of time to file his brief on the merits. The Court previously granted appellant a twenty-day extension. Accordingly, we **GRANT** the motion **only to the extent** that we extend the time to **June 17, 2021**. We caution appellant that no further extension will be granted.

/s/    DENNISE GARCIA
        JUSTICE